UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

FILED
JUL - 2 2002
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
___ District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:02-0142
18 U.S.C. § 922(j)
18 U.S.C. § 924(a)(2)

MICHAEL AMOS

### I N F O R M A T I O N

The United States Attorney Charges:

On or about December 9, 1999, at or near Fayetteville, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant MICHAEL AMOS knowingly possessed a stolen Rossi .38 caliber revolver, which had been transported in interstate commerce, and which defendant MICHAEL AMOS knew and had reasonable cause to believe was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

UNITED STATES OF AMERICA

KASEY WARNER
United States Attorney

By: _____
STEVEN I. LOEW
Assistant United States Attorney

Date Filed: _____